# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**CARMEN JULIA SANTA MILANO**
aka CARMEN SANTA MILANO, aka CARMEN J SANTA MILANO

xxx–xx–6810

Debtor(s)

Case No. **14–10484 ESL**

Chapter **13**

**FILED & ENTERED ON 4/13/16**

## ORDER DISMISSING CASE

The motion to dismiss filed by Reliable Financial Services (docket #37) having been duly notified to all parties in interest, and no replies having been filed, it is now

ORDERED that the instant case be and is hereby dismissed for the reasons stated in the motion to dismiss; and it is further

ORDERED that the Clerk closes any contested matter or adversary proceeding pending in the instant case.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, April 13, 2016 .

Enrique S. Lamoutte
United States Bankruptcy Judge